EDWIN W. BUTLER, Respondent, *v.* GARRETT D. CLARK et al., Appellants.

(Argued March 15, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 16, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William H. Arnoux* for appellants.

*Henry P. Starbuck* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FERDINAND C. BAMMAN, Appellant, *v.* THERESIA BINZEN, Respondent.*

(Argued March 15, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 7, 1892, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Mark Ash* for appellant.

*Thomas McAdam* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

* Reported below, 65 Hun, 39.